# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2011

141806 & (59)(60)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PAULETTE KINGMARTIN,
      Plaintiff,

v

GENERAL MOTORS CORPORATION,
      Defendant/Third-Party Plaintiff-
      Appellee, Cross-Appellant,

v

SECURITAS SECURITY SERVICES,
      Third-Party Defendant-Appellant,
      Cross-Appellee.

_____/

SC: 141806
COA: 289699
Oakland CC: 08-089005-NO

On order of the Court, the motion to file a reply is GRANTED. The application for leave to appeal the June 24, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2011

Clerk

0302